UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:02-CR-133-1F

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| James Phillip Lowery | ) | |

On July 7, 2003, James Phillip Lowery appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §922(g)(1), was sentenced to the custody of the Bureau of Prisons for a term of 78 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. James Phillip Lowery was released from custody and the term of supervised release commenced on October 1, 2008.

From evidence presented at the revocation hearing on January 18, 2011, the court finds as a fact that James Phillip Lowery, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.  Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of January, 2011.

_____
James C. Fox
Senior U.S. District Judge